# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

January 3, 2013

No. 12-50835
Summary Calendar

Lyle W. Cayce
Clerk

AMERICO BAUTISTA-VILLARREAL,

Petitioner-Appellant

v.

UNITED STATES OF AMERICA; WARDEN, REEVES COUNTY DETENTION
CENTER III; BUREAU OF PRISONS; GEO GROUP,

Respondents-Appellees

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:11-CV-41

Before HIGGINBOTHAM, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Americo Bautista-Villarreal, federal prisoner # 37537-079, an alien against whom the Bureau of Immigration and Customs Enforcement has issued a detainer subjecting him to immediate removal from the United States upon release from Bureau of Prisons (BOP) custody, moves this court to proceed in forma pauperis (IFP) to appeal the dismissal of his 28 U.S.C. § 2241 petition challenging the BOP's exclusion of him from rehabilitation programs and

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

halfway houses.  His arguments are foreclosed by this court's decision in *Gallegos-Hernandez v. United States*, 688 F.3d 190, 192-93 (5th Cir. 2012), *cert. denied*, ___ S. Ct. ___, 2012 WL 4462145 (U.S. Oct. 29, 2012) (No. 12-6450).

Accordingly, Bautista Villarreal's motion to proceed IFP is DENIED, and his appeal is DISMISSED as frivolous.  *See* 5TH CIR. R. 42.2.